This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,**

Plaintiff-Appellee,

**v.** No. 35,368

**GILBERTO VICENTE,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF SAN JUAN COUNTY**
**John A. Dean, Jr., District Judge**

Hector H. Balderas, Attorney General
Santa Fe, NM
Charles J. Gutierrez, Assistant Attorney General
Albuquerque, NM

for Appellee

Bennett J. Baur, Chief Public Defender
Sergio Viscoli, Director
Santa Fe, NM

for Appellant

## MEMORANDUM OPINION

**BUSTAMANTE, Judge.**

{1}    Defendant has appealed from a conviction for trafficking a controlled substance, specifically and exclusively challenging the denial of a motion to suppress. We previously issued a notice of proposed summary disposition, proposing to reverse. The State has filed a response with this Court indicating that it does not oppose our proposed summary disposition.

{2}    Accordingly, for the reasons previously stated, we reverse and remand for further proceedings.

{3}    **IT IS SO ORDERED.**


_____
                    **MICHAEL D. BUSTAMANTE, Judge**

**WE CONCUR:**


_____
**RODERICK T. KENNEDY, Judge**


_____
**M. MONICA ZAMORA, Judge**